IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALVAREZ, | 1:07-cv-01843-LJO-GSA- (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| K. DUTRA, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement. However, plaintiff's application to proceed in forma pauperis was not submitted on the proper form.

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis on the proper form, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff the proper form for application to proceed in forma pauperis.

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit a new completed application to proceed in forma pauperis, or in the alternative, pay the $350.00

-1-

filing fee for this action. Plaintiff is not required to obtain the signature of a prison official on the application. Further, plaintiff is not required to submit another certified copy of his prison trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **February 28, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE