1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  RICHARD ALVAREZ,                          1:07-cv-01843-LJO-GSA-PC

12                                            ORDER GRANTING PLAINTIFF'S MOTION
                       Plaintiff,             VOLUNTARILY TO DISMISS ACTION
13                                            (Doc. 19.)
        v.
14                                            ORDER DISMISSING ACTION IN ITS
                                              ENTIRETY WITHOUT PREJUDICE
15  K. DUTRA, et al.,
                                              ORDER DIRECTING CLERK TO CLOSE FILE
16
                       Defendants.
17  _____/

18

19          Plaintiff Richard Alvarez ("Plaintiff") is a state prisoner proceeding pro se and in forma

20  pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the

21  complaint initiating this action on December 3, 2007.  (Doc. 1.)

22          On June 4, 2009, Plaintiff filed a motion to dismiss his complaint without prejudice.

23  "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior

24  to service by the defendant of an answer or a motion for summary judgment.'" Commercial

25  Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson

26  v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is

27  effective on filing, no court order is required, the parties are left as though no action had been

28  brought, the defendant can't complain, and the district court lacks jurisdiction to do anything

1

1  about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading.

2  Therefore, Plaintiff's motion shall be granted.

3       Accordingly, IT IS HEREBY ORDERED that:

4      1.    Plaintiff's motion to dismiss the complaint is GRANTED;

5      2.    This action is DISMISSED in its entirety without prejudice; and

6      3.    The Clerk of the Court is DIRECTED to close the file in this case and adjust the

7         docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

8  IT IS SO ORDERED.

9  **Dated:   June 5, 2009**              **/s/ Lawrence J. O'Neill**

                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28